# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>RODRIGUEZ, Stephanie<br>CALVO, Martin Israel<br>ALVAREZ, Brian Emanuel<br><br>*Defendant(s)* | Case No. **EP: 25-M-925-MAT** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 26, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit: approximately 2.56 kilograms (gross weight) of cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

I further state that I am a Homeland Security Investigations Special Agent and this complaint is based on the facts stated within the attached affidavit:

☑ Continued on the attached sheet.

Complaint sworn to telephonically on **March 07, 2025** at **05:42 PM** and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Mark Arriaga, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **03/07/2025**

*Judge's signature*

City and state: **El Paso, Texas**    Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

On February 19, 2025, Homeland Security Investigations (HSI), along with the Drug Enforcement Administration (DEA), Strike Force 1 group received information from a cooperating defendant (CD) that targets of investigation, Stephanie RODRIGUEZ and Edwuin LUJAN Miramontes, contacted the CD to pick up cocaine in El Paso, Texas that was to be transported within the United States at a later date. LUJAN utilized a Mexican phone number and is believed to be in Mexico. RODRIGUEZ utilized a United States phone number and is believed to currently be in the United States.

On Wednesday, February 26, 2025, RODRIGUEZ contacted the CD and stated she was going to give the CD money to pick up kilogram amounts of cocaine later that day.

At approximately 8:45 am, the CD met with RODRIGUEZ in El Paso, Texas where she gave the CD approximately $2,000 U.S.D. RODRIGUEZ advised the CD once the cocaine was received, she would meet up with the CD to deliver her vehicle that contained a non-factory hidden compartment that would be used to transport the cocaine to Philadelphia, Pennsylvania. RODRIGUEZ then told the CD that she did not know who the CD would be picking the cocaine up from and that the CD needed to contact LUJAN. RODRIGUEZ instructed the CD that the CD was to give the $2,000 to the individual who delivered the cocaine. The CD then contacted LUJAN via telephone and LUJAN advised the CD to meet with an unidentified individual at a retail store located on North Zaragoza Road in El Paso, Texas at 10:00 am. This location is located within the Western District of Texas. The CD proceeded to that location.

At approximately 10:08 am, a Hispanic male, later identified as Brian Emanuel ALVAREZ, walked towards the CD's vehicle. ALVAREZ then opened the trunk of the CD's vehicle and proceeded to put groceries inside the rear of the vehicle. Two cereal boxes were included in the groceries, each contained a black tape wrapped bundle. The two bundles had a gross weight of 2.56 kilograms, the contents of which tested positive for properties of cocaine, a Schedule II Controlled Substance. The CD provided ALVAREZ with the $2,000 U.S.D. as instructed by RODRIGUEZ. The CD then met with HSI Special Agents who retrieved the cocaine and replaced the two bundles with sham cocaine.

At approximately 12:48 pm, the CD met with RODRIGUEZ and Martin Israel CALVO at a retail store located on George Dieter Road in El Paso, Texas. CALVO arrived at the location driving a red Mazda. The CD was to use the red Mazda to deliver the 2.56 kilograms of cocaine to Philadelphia, Pennsylvania. RODRIGUEZ and CALVO showed the CD how to operate a non-factory hidden compartment built into CALVO's red Mazda. RODRIGUEZ then placed the two bundles (sham) wrapped in black tape, received from HSI SAs, into the compartment. RODRIGUEZ and CALVO then departed the area in a dark grey Ram truck, while the CD departed in the red Mazda.

On February 27, 2025, the CD was advised by LUJAN that the CD would be heading to Knoxville, Tennessee to deliver the cocaine. The CD was then instructed to drive to a house in Knoxville to deliver the 2.56 kilograms of cocaine (sham). The CD did not deliver the cocaine (sham) to the

unknown subjects in Knoxville. Knoxville HSI SAs and state troopers inspected the red Mazda and ensured there was no narcotics in the vehicle.

On February 28, 2025, the CD was then instructed by LUJAN to drive to Philadelphia, Pennsylvania, the original destination, to deliver the cocaine to a friend of LUJAN's that had the money ready.

On March 1, 2025, the CD met with HSI SAs in Philadelphia, Pennsylvania. The CD was then instructed by LUJAN to standby because LUJAN's friend was not answering his phone. Hours later, LUJAN stated LUJAN's friend had a family emergency and was not going to be available. The CD was instructed by LUJAN to leave the red Mazda at the Philadelphia Airport parking lot and fly back to El Paso, Texas.

On March 2, 2025, the CD arrived in El Paso and met with RODRIGUEZ to deliver the keys for the red Mazda.

On March 4, 2025, an HSI SA in Philadelphia notified your affiant that the red Mazda was no longer parked at the Philadelphia Airport. The Philadelphia HSI SA observed through airport surveillance cameras that the red Mazda had left the airport parking lot at approximately 3:00 pm on March 3, 2025. Airport cameras also captured a photo of a male driving the red Mazda leaving the parking lot.

At approximately 7:45 am on March 4, 2025, RODRIGUEZ sent a message greeting the CD asking the CD when the CD was available to fly back to Philadelphia to pick up the red Mazda and to complete the drug transaction. At the time of RODRIGUEZ's message to the CD, the red Mazda was no longer located at the Philadelphia Airport and RODRIGUEZ knew this because she was in the red Mazda as either a driver or passenger driving the red Mazda back to El Paso, Texas. The CD did not reply to RODRIGUEZ's messages. LUJAN also contacted the CD asking when the CD was available to fly back to Philadelphia.

At approximately 10:00 pm on March 4, 2025, the red Mazda was pulled over for a traffic violation by state troopers in Sumter County, Alabama heading West on I-20. The red Mazda was occupied by two individuals, a male and female. The male and female were identified as Jesus Alfredo CHAVEZ Ortega and RODRIGUEZ. State troopers inspected the non-factory compartment and confirmed there were no narcotics inside. State troopers also inspected the rest of the vehicle to ensure there was no currency or narcotics hidden within the vehicle. RODRIGUEZ acknowledged the non-factory compartment and originally told state troopers she went to pick up the vehicle in Washington D.C. Then once confronted with the non-factory compartment, RODRIGUEZ told state troopers she went to pick up the red Mazda at the airport in Philadelphia on behalf of her cousin. RODRIGUEZ and CHAVEZ were released without further incident.

On March 6, 2025, the CD began to receive threats, including threats to the CD's family, via telephone from LUJAN based on information provided to LUJAN by RODRIGUEZ. RODRIGUEZ was relaying information to LUJAN on the whereabouts and address of the CD.

This affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of Stephanie RODRIGUEZ, Martin Israel CALVO, and Brian Emanuel ALVAREZ and does not set forth all my knowledge about this matter.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers.